**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2242

STARSHA SEWELL,

            Plaintiff – Appellant,

      v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF SOCIAL SERVICES,

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:12-cv-02402-DKC)

Submitted:  February 24, 2014          Decided:  March 10, 2014

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se. Stephanie A. Lewis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying, for want of jurisdiction, her Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order remanding this action to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sewell v. Prince George's Cnty. Dep't of Soc. Servs.</u>, No. 8:12-cv-02402-DKC (D. Md. Oct. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>